**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Debbie Barnett,                                              Civil No. 07-4742 (RHK/JSM)

            Plaintiff,                               **ORDER FOR DISMISSAL**

vs.

Kohls, Inc.,

            Defendant.

---

Pursuant to the parties' Stipulation (Doc. No. 30) **IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE** and without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: February 17, 2009

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge